AARON D. FORD
  Attorney General
MARK HACKMANN, Bar No. 16704
  Deputy Attorney General
State of Nevada
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: mhackmann@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORVIL GRIMES,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*,<br><br>          Defendants. | Case No. 3:24-cv-00099-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER TO DISMISS**<br>**WITH PREJUDICE** |

      IT IS HEREBY STIPULATED by and between Defendants STATE OF NEVADA, NEVADA DEPT. OF CORRECTIONS, DR. BARRETT, DR. BENSON, AND JOHN AND/OR JANE DOES 1-15, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, and Plaintiff, ORVIL GRIMES, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 29th day of July 2025.

DATED this 29th day of July 2025.

AARON D. FORD
Attorney General

_____
ORVIL GRIMES,
*Plaintiff, pro se*

/s/ Mark M. Hackmann
Mark M. Hackmann, (Bar No. 16704)
*Attorneys for Defendant*

IT IS SO ORDERED:

DATED this 25th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE